# United States District Court
## *Southern District of Georgia*

Raymond Bowens

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV414-285

Steve McCusker et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 3, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.



April 3. 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk